IN THE MATTER OF GLENN DOUGLAS FRANCE.

No. 11005.

Decided August 18, 1965.

404 P.2d 518.

PER CURIAM:

Original proceeding. Application for writ of supervisory control to direct the district court of Yellowstone County to stay or suspend its order of August 4, 1965.

The relief requested is denied and the proceeding is dismissed.